IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE O. BROWN,

        Plaintiff,                    No. 2:10-cv-1323 KJN P

     vs.

M. PEREZ, et al.,

        Defendants.         ORDER

_____/

        Plaintiff, a former state prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On June 4, 2010, plaintiff was directed to file an in forma pauperis affidavit or pay the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). On June 9, 2010, plaintiff filed a motion to compel defendants' representatives to provide him with a certified trust account statement. However, plaintiff also filed a notice of change of address indicating he has been released from custody. Accordingly, plaintiff is no longer a "prisoner" as defined by 28 U.S.C. § 1915(h), and is no longer required to provide the certified trust account statement. Plaintiff is, however, required to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

////

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's June 9, 2010 motion to compel is denied.

2. Plaintiff shall submit, within twenty-one days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee. Plaintiff's failure to comply with this order may result in the dismissal of this action.

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis (nonprisoner).

DATED:   July 6, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

brow1323.3a2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE O. BROWN,

     Plaintiff,　　　　　　　　　No. 2:10-cv-1323 KJN P

  vs.

M. PEREZ, et al.,　　　　　　　　　　　SUBMISSION OF

     Defendants.　　　　　　　　IFP or FILING FEE

_____/

     Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    _____　　　　　IFP affidavit (nonprisoner)

    _____　　　　　The appropriate filing fee

DATED:

                                     _____
                                     Plaintiff